Argued and submitted March 31, reversed in part; otherwise affirmed May 3, 2000

STATE OF OREGON,
*Respondent,*

*v.*

THOMAS EVAN PEED,
*Appellant.*

(97CR0115; CA A101254)

999 P2d 1215

Mary M. Reese, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Public Defender.

Ann Farmer Kelley, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Ceniceros, Senior Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals his convictions for several sexual crimes. On appeal, he demurs, for the first time, to counts 1 and 2 on the ground that the indictment fails to state a crime. *See State v. Young,* 161 Or App 507, 509-12, 985 P2d 835 (1999), *rev den* 329 Or 590 (2000) (a defendant may demur to the indictment, for failure to state a crime, for the first time on appeal). The state concedes error, and we agree.

Defendant's other arguments do not require discussion.

Judgments of conviction and sentence on counts 1 and 2 reversed; otherwise affirmed.